AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT



CERTIFIED TRUE COPY
ATTEST: JOSHUA C. LEWIS
Clerk, U.S. District Court
Western District of Washington
By_____
Deputy Clerk

for the

Western District of Washington

| | | |
|---|---|---|
| United States of America | ) | OR Case No.  3:26-mj-00054 |
| v. | ) | Case No.  MJ26-163 |
| | ) | |
| | ) | |
| | ) | |
| Steven Michael Jones | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Steven Michael Jones                                      ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Production of Child Pornography, All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

Date:    03/13/2026                          _____
                                             *Issuing officer's signature*

City and state:    Seattle, Washington              Paula L. McCandlis, United States Magistrate Judge
                                                     *Printed name and title*

---

### Return

This warrant was received on *(date)* 3/13/26 , and the person was arrested on *(date)* 3/13/26
at *(city and state)* Portland, OR .

Date: 3/16/26                          _____
                                       *Arresting officer's signature*

                                       TAPARA SIMMONS / Special Agent
                                       *Printed name and title*